UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA CATANIA,<br><br>                        Plaintiff,<br><br>                  v.<br><br>NYU LANGONE HEALTH SYSTEM,<br><br>                        Defendant. | 22-CV-4362 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

       On August 12, 2022, Defendant moved to stay discovery in this action pending a decision on its motion to dismiss. Dkt. 23. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, as well as prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    October 12, 2022
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge